## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Abby Mathieu, being fully sworn, depose and state as follows:

1.      I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) since 2019, and am currently assigned to the HSI Bangor, Maine office. Since 2019, I have been assigned to conduct investigations of crimes where computers and the Internet are used in the sexual exploitation of children. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received formal training through HSI and other agencies regarding child pornography, collectors of child pornography and obscene material, and Internet crimes, I have participated in numerous arrests and interviews of subjects involved with child exploitation and/or child pornography and have had the opportunity to observe and review thousands of examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.      This affidavit is based upon my own personal knowledge gathered through my own conversations, observations, and facts I have learned through interactions with other investigators, and review of their reports.

3.      On October 23, 2023, the National Center for Missing and Exploited Children received a Cybertip from Snapchat.[1] Snapchat reported that one of its users had uploaded Child Sexual Abuse Material. Snapchat provided an IP address that

_____

[1] Snapchat is an American multimedia instant messaging app and service developed by Snap Inc., originally Snapchat Inc. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipients.

1

resolved to a residence in Kenduskeag, Maine. Based on this information, a state search warrant was obtained for the residence.

4.      On February 5, 2024, Homeland Security Investigations (including myself) and the Maine State Police executed the search warrant. Justin Leonard ("Leonard"), his brother, and his mother were home at the time of the execution. Leonard agreed to be interviewed.  The interview was recorded. Leonard was told that he was free to leave at any time.

5.      Leonard initially refused to provide the password to his cell phone and claimed that he was being accused of things he didn't do. He later admitted that he had never touched a child but that he had masturbated to child pornography.

6.      Leonard's cell phone is an Apple iPhone 13, with serial number CF1Q7VC690. This phone was manufactured outside the state of Maine.

7.      Later during the search, Leonard approached law enforcement and offered his cell phone password. I told him that he did not need to provide the password and that providing it was totally voluntary. He still agreed to provide it. I then opened Leonard's phone and he directed me to a hidden folder. He said the folder would only open via Face ID and he looked into the phone and opened the folder. Inside the folder, I located images and videos of child pornography. Specifically, an image file titled IMG_1858 depicts a prepubescent male child approximately 2 years of age laying on his back with his pants off. An adult male hand is holding one of the child's legs up exposing the child's penis and anus. This image has been attached under seal as Exhibit A.

8.      A forensic examination of the Leonard's iPhone was conducted by CFA Alexander Brown from the Maine State Police Computer Crimes Unit. The findings were as follows:

2

- The device's name is "Justin's iPhone."
- Located on the phone is a picture of Leonard with painted fingernails.
- A Snapchat account name of "jdawgvlogs2001" was located on the phone. This is the same account name described above in the Cybertip that led to the search warrant at Leonard's house.
- There is credit card information saved on the phone with the name Justin D Leonard.
- 12 images and 3 videos of child pornography were located on the phone.
- There are numerous Facebook chats where Leonard expresses an interest in children and a desire to acquire children.

9.    Accordingly, I respectfully submit that there is probable cause to believe that Justin Leonard has committed the crime of possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

I, Abby Mathieu, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

Abby Mathieu
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Oct 02 2024

City and state: _____ Bangor, ME _____

_Judge's signature_

John C Nivison U.S. Magistrate Judge
_Printed name and title_

4